UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30764 |
|---|---|
| JOHN SAWYER | (Chapter 13) |
| COLLEEN SAWYER | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4060633**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 22 | SHAYNE & GREENWALD CO LPA<br>120 NORTH MAIN AVE<br>SIDNEY, OH  45365 | 427.96 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/9/2011

Certificate of Service          06-30764

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JOHN SAWYER
COLLEEN SAWYER
607 NORTH MAIN AVE.
SIDNEY, OH  45365

STEVEN J GEISE
316 S. Main St
SIDNEY, OH  45365

(50.1n)
AMC MTGE SVCS FOR AMERIQUEST
% BUCHALTER NEMER
18400 VON KARMAN AVE  STE 800
IRVINE, CA  92612

(1015.1n)
BRIAN J LANGE
520 S CALHOUN ST
FT WAYNE, IN  46802

(54.1n)
CHASE HOME FINANCE LCC
PMI/MIP
BOX 24843
COLUMBUS, OH  43224

(55.1n)
CHRISTOPHER P KENNEDY
CARLISLE MCNELLIE RINI KRAMER
24755 CHAGRIN BLVD STE 200
CLEVELAND, OH  44122

(1014.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(42.1n)
SCOTT P CIUPAK
4500 COURTHOUSE BLVD
SUITE 400
STOW, OH  44224

(22.1)
SHAYNE & GREENWALD CO LPA
120 NORTH MAIN AVE
SIDNEY, OH  45365

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv